DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:07CR338 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Howard Gavin | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant and his counsel, Richard Lillie appeared before this Court on June 18, 2013, regarding a petition filed by the U.S. Probation Department. See ECF # 724.

The defendant admits to violations 1 through 4, and the Court adopts Magistrate Judge Limbert's [732], Report and Recommendation and finds the defendant in violation of the terms and conditions of supervised release.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of three (3) months in confinement, with credit for time already served in custody since June 4, 2013.

IT IS FURTHER ORDERED that upon release from confinement, the term of supervised release will terminate as to this defendant.

IT IS SO ORDERED.

  December 4, 2012                             */s/ David D. Dowd, Jr.*
Date                                                     David D. Dowd, Jr.
                                                               U.S. District Judge